1    THE HONORABLE ROBERT S. LASNIK

2

3

4

5

6

7    UNITED STATES DISTRICT COURT

8    WESTERN DISTRICT OF WASHINGTON

9    AT SEATTLE

10

11   NATIONAL PRODUCTS, INC.            Case No. 2:17-cv-00014-RSL

12            Plaintiff

13   v.                                 STIPULATED MOTION AND ORDER TO
                                        EXTEND TIME TO RESPOND TO
14   SCOPE MOUNTED ELECTRONICS,         COMPLAINT AND INITIAL
     LLC, ATTACHIT, LLC, and APPLE      SCHEDULING DATES
15   CREEK WHITETAILS, LLC

16            Defendants

17

18        Defendants Scope Mounted Electronics, LLC, AttachIt, LLC, and Apple Creek

19   Whitetails, LLC ("Defendants") and Plaintiff National Products, Inc. ("Plaintiff"), by and

20   through their respective counsel, jointly move as follows:

21        WHEREAS, Plaintiff filed its Complaint in this Court on January 5, 2017;

22        WHEREAS, Defendants Apple Creek Whitetails, LLC and AttachIt, LLC were served on

23   January 12, 2017, and the current deadline for their answers or responses under Rule 12(b) is

24   February 2, 2017;

25        WHEREAS, Defendant Scope Mounted Electronics, LLC was served on January 13,

26   2017, and the current deadline for its answer or response under Rule 12(b) is February 3, 2017;

MOHR IP LAW SOLUTIONS, P.C.
522 SW 5th Ave., Ste. 1390
Portland, OR 97204

1    WHEREAS, the Court set Initial Scheduling Dates in its Order dated January 9, 2017

2    (Dkt. No. 4) as follows:

3        Deadline for FRCP 26(f) Conference:                    2/6/2017

4        Initial Disclosures Pursuant to FRCP 26(a)(1):         2/13/2017

5        Combined Joint Status Report and Discovery

6        Plan as Required by FRCP 26(f)

7        and Local Civil Rule 26(f):                            2/21/2017;

8        WHEREAS, the above-captioned action was subsequently reassigned to the Honorable

9    Robert S. Lasnik on February 1, 2017 (Dkt. No. 13);

10       WHEREAS, Defendants have stated that they require additional time to evaluate the

11   allegations in the Complaint, and Plaintiff agrees to extend the time for all defendants to answer

12   or respond to the Complaint;

13       WHEREAS, the parties agree that additional time is needed after Defendants have

14   answered or responded to the Complaint to hold the FRCP 26(f) conference and make initial

15   disclosures pursuant to FRCP 26(a)(1);

16

17                                    STIPULATION

18       Therefore, the parties agree and respectfully request that the Court enter an order

19   extending the time for all defendants to answer or respond under Rule 12(b)  and extending the

20   initial scheduling deadlines as follows:

21       1.  Extend the time for Defendants to answer or respond under Rule 12(b) to March3,

22           2017;

23       2.  Extend the deadline for the parties' FRCP 26(f) conference to March 17, 2017;

24       3.  Extend the deadline for initial disclosures pursuant to FRCP 26(a)(1) to March 24,

25           2017; and

26

2 — STIPULATION AND ORDER EXTENDING TIME TO
ANSWER OR RESPOND
Case No. 2:17-cv-00014-RSL

4.  Extend the deadline for the combined joint status report and discovery plan as required by FRCP 26(f) and Local Civil Rule 26(f) to April 3, 2017.

STIPULATED TO and DATED this 1st day of February, 2017.

BY:

/s/ Matthew N. Miller

Matthew N. Miller, WSBA 48704
    Email: matthew@mohriplaw.com
Mohr IP Law Solutions, P.C.
522 SW 5th Avenue, Suite 1390
Portland, OR 97204
Telephone: 503-336-1214

*Attorney for Defendants Scope Mounted Electronics, LLC, AttachIt, LLC, and Apple Creek Whitetails, LLC*

/s/ Elizabeth B. Hagan

David K. Tellekson (WSBA No. 33523)
    Email: dtellekson@fenwick.com
Ewa M. Davison (WSBA No. 39524)
    Email: edavison@fenwick.com
Elizabeth B. Hagan (WSBA No. 46933)
    Email: ehagan@fenwick.com
Jessica M. Kaempf (WSBA No.51666)
    Email: jkaempf@fenwick.com
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Attorneys for Plaintiff National Products, Inc.*

3 — STIPULATION AND ORDER EXTENDING TIME TO
ANSWER OR RESPOND
Case No. 2:17-cv-00014-RSL

Mohr IP Law Solutions, P.C.
522 SW 5th Ave., Ste. 1390
Portland, OR 97204

1

## Order

2      Based on the foregoing stipulation of the parties, and good cause appearing, therefore:

3      IT IS HEREBY ORDERED THAT the deadline for Defendants to answer or respond to

4  Plaintiffs' Complaint is extended until March 3, 2017.

5      IT IS FURTHER ORDERED THAT the initial scheduling dates are extended as follows:

6          Deadline for FRCP 26(f) Conference:                          3/17/2017

7          Initial Disclosures Pursuant to FRCP 26(a)(1):               3/24/2017

8          Combined Joint Status Report and Discovery Plan as Required
           by FRCP 26(f) and Local Civil Rule 26(f):                    4/3/2017.
9
   IT IS SO ORDERED.
10
   DATED this 2nd day of February, 2017.
11

12                                          _Mhr S Lasnik_

13                                          Robert S. Lasnik
                                            United States District Judge
14

   Presented by:
15
    /s/ Matthew N. Miller                   /s/ Elizabeth B. Hagan
16  _____             _____
    Matthew N. Miller, WSBA 48704           David K. Tellekson (WSBA No. 33523)
17     Email: matthew@mohriplaw.com            Email: dtellekson@fenwick.com
    MOHR IP LAW SOLUTIONS, P.C.             Ewa M. Davison (WSBA No. 39524)
18  522 SW 5th Avenue, Suite 1390             Email: edavison@fenwick.com
    Portland, OR 97204                      Elizabeth B. Hagan (WSBA No. 46933)
19  Telephone: 503-336-1214                   Email: ehagan@fenwick.com
                                            Jessica M. Kaempf (WSBA No. 51666)
20                                            Email: jkaempf@fenwick.com
    _Attorney for Defendants Scope Mounted_  FENWICK & WEST LLP
21  _Electronics, LLC, AttachIt, LLC, and Apple_  1191 Second Avenue, 10th Floor
    _Creek Whitetails, LLC_                 Seattle, WA 98101
22                                          Telephone: 206.389.4510
                                            Facsimile: 206.389.4511
23

24                                          _Attorneys for Plaintiff National Products,_
                                            _Inc._
25

26

4 — STIPULATION AND ORDER EXTENDING TIME TO
ANSWER OR RESPOND
Case No. 2:17-cv-00014-RSL

MOHR IP LAW SOLUTIONS, P.C.
522 SW 5th Ave., Ste. 1390
Portland, OR 97204