UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCOPE MOUNTED ELECTRONICS, LLC, ATTACHIT, LLC, and APPLE CREEK WHITETAILS, LLC, <br><br> Defendants. | Case No. 2:17-CV-00014-TSZ <br><br> STIPULATION TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES |

## **STIPULATED MOTION**

The parties jointly stipulate and move this Court for an order allowing Defendants to file an amended answer and affirmative defenses.

Dated this 16th day of February, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO FILE AMENDED ANSWER AND
AFFIRMATIVE DEFENSES:
CASE NO. 2:17-CV-00014-TSZ - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

| | |
|---|---|
| SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: /s/ Matthew Turetsky<br>Matthew Turetsky, WSBA #23611<br>Email: mturetsky@schwabe.com<br>Scott D. Eads, admitted pro hac vice<br>Email: seads@schwabe.com<br>U.S. Bank Centre<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101-4010<br><br>Troy D. Greenfield, WSBA #21578<br>Email: tgreenfield@schwabe.com<br>U.S. Bank Centre<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101-4010<br><br>Trial Attorney: Matthew Turetsky<br><br>Attorneys for Defendants Scope Mounted Electronics LLC; AttachIt, LLC; and Apple Creek Whitetails LLC | FENWICK & WEST (WA)<br><br>By: /s/ Elizabeth Hagan<br>Elizabeth Hagan<br>Email: ehagan@fenwick.com<br>Ewa M. Davison<br>Email: edavison@fenwick.com<br>Jessica M. Kaempf<br>Email: jkaempf@fenwick.com<br>David K Tellekson<br>Email: dtellekson@fenwick.com<br>FENWICK & WEST (WA)<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101 |

## **ORDER**

Pursuant to the stipulation of the parties thereto,

IT IS HEREBY ORDERED that Defendants' Amended Answer and Affirmative Defenses to Plaintiff's Complaint hereto, may be filed in this case.

DATED this 2nd day of March, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

STIPULATION TO FILE AMENDED ANSWER AND
AFFIRMATIVE DEFENSES:
CASE NO. 2:17-CV-00014-TSZ - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.


By: /s/ Matthew Turetsky
Matthew Turetsky, WSBA #23611
Email:  mturetsky@schwabe.com
Scott D. Eads, admitted pro hac vice
Email: seads@schwabe.com
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010

Troy D. Greenfield, WSBA #21578
Email: tgreenfield@schwabe.com
U.S. Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010

Trial Attorney:  Matthew Turetsky

Attorneys for Defendants Scope Mounted Electronics LLC;
AttachIt, LLC; and
Apple Creek Whitetails LLC


Approved as to Form and Content; Notice of Presentation Waived:

FENWICK & WEST (WA)


By: /s/ Elizabeth Hagan
Elizabeth Hagan
Email: ehagan@fenwick.com
Ewa M. Davison
Email: edavison@fenwick.com
Jessica M. Kaempf
Email: jkaempf@fenwick.com
David K Tellekson
Email: dtellekson@fenwick.com
FENWICK & WEST (WA)
1191 Second Avenue, 10th Floor
Seattle, WA 98101

STIPULATION TO FILE AMENDED ANSWER AND
AFFIRMATIVE DEFENSES:
CASE NO. 2:17-CV-00014-TSZ - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981